UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANNY BOYKIN,<br><br>                Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>                Defendant. | Case No. CV-23-123-M-DLC-KLD<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the Order dated November 27, 2023 (Doc. 8), judgement is entered in favor of Plaintiff, and against Defendant.

      Dated this 27th day of November, 2023.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ Sarah Nagy
                                  Sarah Nagy, Deputy Clerk