IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANNY BOYKIN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　Defendant. | CV 23–123–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Costs Pursuant to 28 U.S.C. § 1920. (Doc. 10.) The parties stipulate to the award of $831.71 in attorney's fees to Plaintiff pursuant to the EAJA, 28 U.S.C. § 2412(d), and *Astrue v. Ratliff*, 560 U.S. 586 (2010) and $402.00 in Court costs pursuant to 28 U.S.C. 1920. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that Plaintiff Danny Boykin is awarded attorney's fees in the amount of $831.71 and Court costs in the amount of $402.00, subject to the terms of the Stipulation (Doc. 10).

IT IS FURTHER ORDERED that if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Andrew T.

1

Koenig, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any payment of costs may be made either by electronic fund transfer (ETF) or by check. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: P. O. Box 2101, Missoula, MT 59806.

DATED this 5th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court