IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANNY BOYKIN, | CV 23–123–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | |
| Defendant. | |

Before the Court is Counsel for Plaintiff Andrew T. Koenig's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b). (Doc. 12.) Mr. Koenig seeks attorney's fees in the amount of $5,000.00, representing less than 25 percent of Plaintiff's total back-due Title II disability benefits under the Social Security Act. (*Id.* at 2.) Defendant Office of the General Counsel, Special Assistant to the United States Attorney, has indicated that because the Commissioner is not a party to 42 U.S.C. § 406(b), it neither supports nor opposes Mr. Koenig's request for attorney's fees. (Doc. 13 at 2.) As of the date of this Order, Plaintiff has not filed any response.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano has been substituted for Kilolo Kijakazi as the Defendant in this suit.

Pursuant to the fee agreement signed by Plaintiff and Mr. Koenig, Plaintiff agreed to pay Mr. Koenig 25 percent of any back-due Title II benefits awarded by the Social Security Administration ("SSA"), subject to the offset provision of the Equal Access to Justice Act (EAJA"). (Doc. 12-2 at 1.)

On November 27, 2023, this Court remanded this case for further administrative proceedings (Doc. 8), after which Plaintiff obtained a favorable decision with respect to her claim for Title II benefits. Plaintiff was represented by Mr. Koenig for the proceedings before this Court as well as the post-remand administrative proceedings. After Plaintiff's benefits were processed, she was awarded past-due Title II benefits in the amount of $104,944.00; $26,236.00 was withheld pending approval of attorney's fees. On February 5, 2024 this Court awarded Mr. Koenig $831.71 in attorney's fees pursuant to the EAJA. (Doc. 11.) Therefore, pursuant to the offset provisions of the EAJA, if Mr. Koenig is awarded the fee requested in this present Motion, he will reimburse Plaintiff the $831.71 EAJA fees previously awarded.

The Court has reviewed Mr. Koenig's Motion and the attached exhibits and finds the request for attorney's fees to be reasonable. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

Accordingly, IT IS ORDERED that Mr. Koenig's Motion for Attorney Fees (Doc. 12) under 42 U.S.C. § 406(b) is GRANTED. This Order shall serve as

official approval of attorney Andrew T. Koenig's fees in the amount of $5,000.00.

IT IS FURTHER ORDERED that, upon receipt of the $5,000.00 and pursuant to the offset provisions of the EAJA, Mr. Koenig shall reimburse Plaintiff the $831.71 in EAJA fees.

DATED this 5th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court